FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA
Case No. 5D2024-1613
LT Case No. 24F-00990

J.S.K.,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


Administrative Appeal from the Department of Children and Families.

R. Kellen Bryant and Shelby Habing, of Berg Bryant Elder Law Group, PLLC, Jacksonville, for Appellant.

David Tucker, of the Department of Children and Families, Jacksonville, for Appellee.


February 14, 2025


ON CONFESSION OF ERROR

PER CURIAM.

    Appellant appeals a final administrative order. Appellee, the Department of Children and Families, has filed a confession of

error. We accept the confession of error, reverse the order, and remand for further proceedings.

REVERSED and REMANDED.

JAY, EISNAUGLE, and PRATT, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––